UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD HAZELTON,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:19-2027 |
| v. : | (JUDGE MANNION) |
| **KERRI NOEL SAVAGE,** *et al.*, : | |
| Defendants : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**   the report of Judge Arbuckle, **(Doc. 32)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)**   the plaintiff's SAC, **(Doc. 21)**, is **DISMISSED WITH PREJUDICE** due to his failure to state a cognizable claim;

**(3)**   the motions to dismiss of defendant Bell, **(Doc. 22)**, and of defendant Savage, **(Doc. 23)**, are **DENIED AS MOOT**;

**(4)**   the plaintiff's motion for appointment of counsel, **(Doc. 34)**, is **DENIED AS MOOT**; and

**(5)**   the Clerk of Court is directed to **CLOSE THIS CASE**.

<u>s/ *Malachy E. Mannion*</u>
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 14, 2020**
<sub>19-2027-01-ORDER</sub>